In re MARRIAGE OF Tommy
VALIANT and Janet
Valiant.

Janet Valiant, Petitioner/Respondent,

v.

Tommy Valiant, Respondent/Appellant.

No. ED 88978.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 18, 2007.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 18, 2007.

Application for Transfer Denied
Nov. 20, 2007.

Janet Valiant, St. Louis, MO, pro se.

Gregory F. Quinn, Quinn, Ground & Banton, L.L.P., Manchester, MO, for appellant.

Before KATHIANNE KNAUP CRANE, P.J., ROBERT G. DOWD, JR., J., and KENNETH M. ROMINES, J.

## ORDER

PER CURIAM.

Husband, Tommy Valiant, appeals from a decree of dissolution of marriage. The judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the

parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm pursuant to Rule 84.16(b).